IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASHELLA BENJAMIN,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | No. C 15-02995 JSW<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned magistrate judge for all further proceedings, including trial and entry of a final judgment.

    **IT IS SO ORDERED.**

Dated: August 3, 2015

                                                                                            JEFFREY S. WHITE<br>
                                                                        UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk